**STATE of Missouri, Respondent,**

v.

**Eric WALLACE, Appellant.**

**Eric WALLACE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 64365, 67315.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 10, 1995.

Judith C. LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Defendant appeals the judgment entered on his convictions by jury of delivery of a controlled substance and possession of a controlled substance. Defendant was sentenced to consecutive terms of imprisonment of seven years for the delivery of a controlled substance conviction and five years for the possession of a controlled substance conviction. Defendant also appeals the denial of his Rule 29.15 motion after an evidentiary hearing. Defendant failed to raise a point of error regarding this issue and his appeal of the motion court's judgment is deemed abandoned. No jurisprudential purpose would be served by a written opinion. The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).